U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 1 2 2006

ROBERT H. SHEMWELL, CLERK
BY_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

RODNEY HUNTER

CIVIL ACTION NO. 5:03CV1384
VERSUS
JUDGE HICKS
MAG. JUDGE HORNSBY

TIM WILKINSON, ET AL

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

~~The certificate of appealability is GRANTED for the below reasons.~~

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at _Shreveport_, Louisiana, this _12th_ day of _June_, 2006.

_S. Maurice Hicks/._

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE